# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 4:25-mj-15-AGH |
| | : |
| RICKY L. BOSWELL, | : |
| | : |
| Defendant. | : |

## O R D E R

On March 12, 2025, the Court received Defendant's motion to continue the pretrial conference in this case (ECF No. 9). The Government did not respond or otherwise object prior to the close of business on Friday, March 14.[1] Consequently, on March 14, 2025, the Court entered a text-only order granting the continuance and stating that a bodied order will follow. Text-only Order, Mar. 14, 2025, ECF No. 10.

Defendant's motion to continue (ECF No. 9) is **GRANTED**. It is ordered that this case be continued to April 9, 2025, at 2:00 p.m., and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendant and Government the reasonable time

---

[1] To be clear, the Government's deadline for a response had not passed by this date, but Defendant's attorney indicated that she was going to be out of town on a preplanned family vacation beginning March 13, 2025. Defendant's counsel did not indicate in the motion whether she contacted the Government prior to filing the motion to continue.

necessary for effective preparation.  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

**SO ORDERED**, this 17th day of March, 2025.

 s/ *Amelia G. Helmick*  
UNITED STATES MAGISTRATE JUDGE
